**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 162 WAL 2015

                Respondent          :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

           v.                      :

                               :

RICKY CARBONE,                :

                               :

                Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.